**COMMONWEALTH EDISON
COMPANY, Plaintiff–
Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 00–5069.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 13, 2001.

Robert A. Mangrum, Winston & Strawn, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Eric J. Marcotte.

James G. Bruen, Jr., Special Litigation Counsel, Commercial Litigation Branch, Civil Division, Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart E. Schiffer, Acting Assistant Attorney General; J. Christopher Kohn, Director; Margaret M. Newell and Matthew J. Troy, Trial Attorneys. Of counsel on the brief were Sandra P. Spooner, Deputy Director; Theodore R. Carter, III, and Margaret L. Baskette, Attorneys.

Jerry Stouck, Spriggs & Hollingsworth, of Washington, DC, for amicus curiae Maine Yankee Atomic Power Company. With him on the brief were Rebecca A. Womeldorf, and Michael R. Miner.

Melvin C. Garbow, Arnold & Porter, of Washington, DC, for amicus curiae Sacramento Municipal Utility District. With him on the brief were Howard N. Cayne, Kent A. Yalowitz, and Edward H. Sisson.

Before MAYER, Chief Judge, NEWMAN, MICHEL, LOURIE, CLEVENGER, RADER, SCHALL, BRYSON, GAJARSA, LINN, and DYK, Circuit Judges.

## ORDER

This case, having been argued before a panel of three judges on April 4, 2001, and thereafter, having been referred to the circuit judges who are in regular active service and a poll having been taken,

IT IS ORDERED THAT:

The appeal will be decided en banc, without additional briefing.

The parties shall submit 30 additional copies of all briefs and appendices that have been filed, within 14 days of the date of filing of this order.

Oral argument is set for October 3, 2001.